FOXWOOD MASTER CONDOMINIUM ASSOCIATION,
INC., ET AL. *v.* PLANNING AND ZONING
BOARD OF MILFORD
(9395)
(9396)

DUPONT, C. J., LANDAU and HEIMAN, Js.

Argued November 4—decision released November 19, 1991

*Robert L. Julianelle,* with whom, on the brief, were *Fernando F. de Arango,* and *Patrick W. Frazier,* for the appellants (plaintiffs).

*James W. Walsh,* for the appellees (defendant Louis J. D'Amato et al.).

PER CURIAM. Our review of the record and briefs, and the oral arguments presented convince us that the petition for certification was improvidently granted.

The judgments are affirmed.